# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHARLENE BAKER,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>WALMART SUPERCENTER, a business entity form unknown; WALMART INC.; and DOES 1-100, inclusive,<br><br>　　　　Defendants. | Case No. 2:22-cv-04259-JLS-PD<br><br>**ORDER GRANTING PARTIES' STIPULATION AND REMANDING CASE TO STATE COURT (Doc. 11)** |

1

Upon consideration of Plaintiff CHARLENE BAKER and Defendant WALMART INC.'s Joint Stipulation to Remand Matter to State Court, and good cause showing,

IT IS HEREBY ORDERED THAT:

1. Effective immediately, the matter herein shall be remanded to the Superior Court of State of California, County of Los Angeles, Case No. 21AVCV00956.

2. Plaintiff shall waive the right to costs incurred to bring forth the Motion to Remand in exchange for the Parties' stipulation to remand to State Court.

**IT IS SO ORDERED.**

Dated: July 17, 2022

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE